250 U.S. 663, 40 S.Ct. 11

### G. A. VEDIN, Petitioner, v. The UNITED STATES of America.

#### No. 447.

Supreme Court of the United States.

Oct. 13, 1919.

For opinion below, see 257 F. 550.

Messrs. Wm. H. Chapman, of San Francisco, Cal., Leroy Tozier, of Fairbanks, Alaska, and De Journel & De Journel, of San Francisco, Cal., for petitioner.

The Attorney General and Messrs. Robert P. Stewart, Asst. Atty. Gen. and Harry S. Ridgely, of Cheyenne, Wyo., for the United States.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.